UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE J GRAHAM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TITANIUM METALS CORPORATION,<br><br>Defendant. | Case No.  24-cv-01551-RFL<br><br>**ORDER CLOSING THE CASE AND ENTERING JUDGMENT IN FAVOR OF TITANIUM METALS, AND DENYING SECOND MOTION FOR CLARIFICATION**<br><br>Re: Dkt. Nos. 202, 208, 211 |

On April 8, 2025, the Court granted Defendants' motion to dismiss.  (Dkt. No. 202.) Dismissal was without prejudice without leave to amend for lack of personal jurisdiction as to all Defendants, except Titanium Metals.  As to Titanium Metals, the Court granted dismissal with leave to amend, and directed Plaintiffs to file any amended complaint by May 9, 2025.  On May 7, 2025, the Court granted Plaintiffs' motion for extension of time to file their amended complaint by **June 12, 2025**.  (Dkt. No. 208).

That date has now passed, and Plaintiffs have not filed an amended complaint.  On June 13, 2025, Plaintiffs filed a motion for clarification of the Court's order on the motions to dismiss. (Dkt. No. 211.)  Plaintiffs had previously filed a similar motion, which the Court denied.  (Dkt. No. 209.)  The second motion for clarification is denied for the same reasons as the last one. Neither of these motions extended Plaintiffs' deadline to file the amended complaint.

As the Court previously explained in its order on the motions to dismiss, if Plaintiffs failed to file an amended complaint by the deadline, the claims against Titanium Metals would remain dismissed with prejudice, and the Clerk of Court would be directed to close the case and enter judgment.  Plaintiffs have failed to file an amended complaint, as was required.

1

Accordingly, the Clerk of Court is directed to close the case and judgment will be entered in favor of Titanium Metals, and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: June 20, 2025

RITA F. LIN
United States District Judge