UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE J GRAHAM, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DUPONT DE NEMOURS, INC., et al.,<br><br>    Defendants. | Case No. 25-cv-06296-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Rita F. Lin for consideration of whether the case is related to *Graham v. DuPont de Nemours, Inc.*, 24-cv-01551-RFL.

**IT IS SO ORDERED.**

Dated: July 28, 2025

THOMAS S. HIXSON
United States Magistrate Judge